UNITED STATES of America,
Plaintiff–Appellee,

v.

Cesar TELLEZ–HERNANDEZ,
Defendant–Appellant.

No. 12–30059.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 25, 2013.

Jack Haycock, Assistant U.S. Attorney, Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Guy R. Price, Esquire, Guy R. Price Attorney at Law, Pocatello, ID, for Defendant–Appellant.

Cesar Tellez–Hernandez, Milan, NM, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Cesar Tellez–Hernandez appeals from the district court's judgment and challenges his jury-trial conviction and 24–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tellez–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Tellez–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.